*Granted*
*Susan J. Dlott*
*July 27, 2017*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JULIE SEIDEL, | : | |
| Plaintiff, | : | Case No. 1:17-cv-470 |
| vs. | : | |
| RICHMOND REALTY, LLC and | : | JUDGE SUSAN J. DLOTT |
| DONALD VICK, | : | |
| Defendants | : | |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT**

Plaintiff, Julie Seidel, and Defendants, Richmond Realty, LLC and Donald Vick, (collectively "the Parties"), by and through counsel, jointly move this Court to approve the Settlement reached by the Parties and memorialized in the Settlement Agreement and Release Of All Claims and Hold Harmless and Indemnification Agreement ("the Settlement Agreement"), attached hereto as **Exhibit A**. The Agreement seeks to resolve claims Plaintiff asserted against Defendants including the bona fide dispute as to liability, hours worked and compensation due under the Fair Labor Standards Act, 29 U.S.C. §§201 *et. seq.* ("FLSA"); Ohio Minimum Fair Wage Standards, R.C. §4111 *et seq.*, the Ohio Prompt Pay Act, R.C. §4113.15 and the Ohio Constitution, Oh. Const. Art. II §34a (hereinafter, "the Ohio Acts") and approve the Parties' Settlement Agreement and Release attached as Exhibit A.

The Parties respectfully request that the Court enter an Order dismissing the Complaint (Doc. No. 1) with prejudice, with each side to bear its respective costs and attorneys' fees, except as provided in the attached Settlement Agreement. The Parties respectfully submit that the Settlement Agreement between Plaintiff and Defendants is fair and reasonable, and satisfies the criteria for approval under § 216(b) of the FLSA. The Settlement was achieved during good faith, arms-length negotiations between the Parties, conducted by experienced counsel. If